# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **SHARINA JONES, Individually,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **AWH-BP GRAND RAPIDS HOTEL,** : <br> **LLC** : <br> **A Limited Liability Company** : <br> : <br> **Defendant.** : | Case No.  1:17-cv-1116-PLM-RSK |

/s/ Pete M. Monismith
PETE M. MONISMITH (P78186)
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

/s/ Adam S. Forman
Adam S. Forman
Epstein Becker Green
2000 Town Center
#1900
Southfield, MI 48075
Tel: 248-351-6287
Fax: 248-351-2699
aforman@ebglaw.com
*Attorney for Defendant*

## STIPULATED ORDER OF DISMISSAL

At a session of said Court, held in the U.S. District Court for the Western District of Michigan,

On: ___March 5, 2018_____

___PAUL L. MALONEY_____
PRESENT:  Honorable Paul L. Maloney

1

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

/s/   Paul L. Maloney
Honorable Paul L. Maloney

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

/s/ Pete M. Monismith
PETE M. MONISMITH (P78186)
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

Dated: March 1, 2018

/s/ Adam S. Forman
Adam S. Forman
Epstein Becker Green
2000 Town Center
#1900
Southfield, MI 48075
Tel: 248-351-6287
Fax: 248-351-2699
aforman@ebglaw.com
*Attorneys for Defendant*

Dated: March 1, 2018